# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE IN THE INTEREST OF
A.P.L.

NO. 2023 KW 0817

**AUGUST 25, 2023**

In Re:    A.P.L., applying for supervisory writs, City Court of East St. Tammany, Parish of St. Tammany, No. 23-JJ-4252.

**BEFORE:    WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.** Counsel failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-3 and 4-5(C)(11), by failing to include the notice of intent and documentation of the return date. Counsel also failed to include a copy of the district court's ruling, the pertinent court minutes, a motion for release (if any was filed), and the petition (if available). Although it is not a violation of the Uniform Rules, we note that counsel failed to include a copy of the transcript of the proceeding at issue. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on the issue presented herein should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JEW**
**GH**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT